STATE EX REL. PERRY and others, Appellants, vs. BOARD OF SUPERVISORS OF MILWAUKEE COUNTY and others, Respondents.

*April 10—May 9, 1933.*

*Albert B. Houghton* of Milwaukee, for the appellants.

For the respondents there was a brief by *William A. Zabel,* district attorney of Milwaukee county, *Oliver L. O'Boyle,* corporation counsel, and *C. Stanley Perry,* assistant corporation counsel, and oral argument by *Mr. O'Boyle* and *Mr. Perry.*

WICKHEM, J. The legal questions involved in this appeal are identical with those dealt with in *State ex rel. Milwaukee Sewerage Commission v. Board of Supervisors of Milwaukee County, ante,* p. 412, 248 N. W. 454, and the disposition of that case governs this appeal, and compels a reversal of the order.

*By the Court.*—Order reversed, and cause remanded with directions to sustain the demurrer to the return, and for further proceedings according to law.